UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOCYNTIA MARIE BANNER | * | CIVIL ACTION NO.: 2:19-cv-10653 |
| | * | |
| VERSUS | * | SECTION:   G |
| | * | |
| | * | |
| ST. JAMES PARISH D/B/A RIVER | * | JUDGE NANNETTE JOLIVETTE BROWN |
| PARISHES TOURIST, CONVENTION | * | |
| AND VISITORS BUREAU, THE ST. | * | MAGISTRATE JUDGE: DIV. õ1ö |
| JAMES PARISH COUNCIL, TIMOTHY P. | * | JANIS VAN MEERVELD |
| ROUSSEL AND GARY BOE | * | |
| | * | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

NOW COMES Gary Boe and the River Parishes Tourist, Convention and Visitorøs Commission, made a Defendant in the above matter, by and through undersigned counsel, pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure and Local Rule 7.8, and respectfully move this Court for an order to extend time to file an answer or otherwise plead in the above title action.  In support hereof, Defendants show the following:

1. Plaintiff has filed a Complaint in the above action under Title VII as well as Louisiana State Statute naming Gary Boe and the River Parishes Tourist, Convention and Visitorøs Commission, a political subdivision of the State of Louisiana, et als, as Defendants.

2. The above Defendants remain within their respective legal time delays for filing responsive pleadings thereto and the time for filing an answer has not yet expired.

3. Concurrent with the filing of this Motion, Defendant, Gary Boe, has pending a Rule 12 b 6 partial motion to dismiss Boe from this litigation.

4. Out of an abundance of caution, and without assumption that the above 12 b 6 partial motion to dismiss thereby stays the delay for filing responsive pleadings to the Plaintiff's original Complaint, Defendant, Movers herein, respectfully motion this Court to grant a reasonable extension of fifteen (15) days in which to file responsive pleadings to the Plaintiff's original Complaint after this Court's ruling on Defendant's, Boe, Rule 12 b 6 Partial Motion To Dismiss.

5. This motion is not being made for the purpose of delaying the matter, but is made strictly out of an abundance of caution and pending this Court's ruling on Defendant's 12b6 Partial Motion To Dismiss.

6. Counsel for Plaintiff has not filed with the Court any opposition to said extension.

7. Counsel herein for Defendants has attempted to contact counsel for the Plaintiff both by telephone and written communication to request whether Plaintiff's counsel has any objection the above motion for extension. Counsel for Plaintiff has no objection to an extension pursuant to an email from same dated August 29, 2019.

THEREFORE, Defendants herein, Gary Boe and the River Parishes Tourist, Convention and Visitor's Commission respectfully request the Court for an order extending the time to file an answer or otherwise plead for a period of fifteen (15) days from the date of ruling on Defendant's, Boe, Rule 12b6 Partial Motion To Dismiss.

        RESPECTFULLY SUBMITTED:

        ACCARDO LAW FIRM, L.L.C.
        325 Belle Terre Blvd., Suite A
        LaPlace, Louisiana 70068
        (985) 359-4300 (985) 359-4303 fax

        */s/ SAMUEL J. ACCARDO, JR.*
        SAMUEL J. ACCARDO, JR. (#24007)
        Attorney for Gary Boe and the River Parishes Tourist, Convention and Visitor's Commission
        accardo@rtconline.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of August, 2019, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system or by facsimile transmission, hand delivery, Certified Mail Return Receipt Requested, UPS/Federal Express, Electronic Mail, and/or by U.S. Mail, First Class, postage prepaid, properly addressed.

        */s/ SAMUEL J. ACCARDO, JR.*
        SAMUEL J. ACCARDO, JR.