UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOCYNTIA MARIE BANNER | * | CIVIL ACTION NO.:  2:19-cv-10653 |
| | * | |
| VERSUS | * | SECTION:    G |
| | * | |
| | * | |
| ST. JAMES PARISH D/B/A RIVER | * | JUDGE NANNETTE JOLIVETTE BROWN |
| PARISHES TOURIST, CONVENTION | * | |
| AND VISITORS BUREAU, THE ST. | * | MAGISTRATE JUDGE: DIV. õ1ö |
| JAMES PARISH COUNCIL, TIMOTHY P. | * | JANIS VAN MEERVELD |
| ROUSSEL AND GARY BOE | * | |
| | * | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants, Gary Boe and the River Parishes Tourist, Convention and Visitorøs Commission, Unopposed Motion For Extension Of Time To File an Answer to Plaintifføs Complaint, or otherwise plead in the above title action, will be submitted before Honorable Nannette Jolivette Brown on the 25th day of September, 2019, at 10:00 a.m. at the United States District Court for Louisiana at 500 Poydras Street, Courtroom C227, New Orleans, Louisiana, 70130.

                                                    Respectfully submitted,

                                                    ACCARDO LAW FIRM, L.L.C.
                                                    325 Belle Terre Blvd., Suite A
                                                    LaPlace, Louisiana   70068

(985) 359-4300
(985) 359-4303 fax

*/s/ SAMUEL J. ACCARDO, JR.*
SAMUEL J. ACCARDO, JR. (#24007)
Attorney for Gary Boe and the River
Parishes Tourist, Convention and Visitor's
Commission
accardo@rtconline.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of August, 2019, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system or by facsimile transmission, hand delivery, Certified Mail Return Receipt Requested, UPS/Federal Express, Electronic Mail, and/or by U.S. Mail, First Class, postage prepaid, properly addressed.

*/s/ SAMUEL J. ACCARDO, JR.*
SAMUEL J. ACCARDO, JR.