UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOCYNTIA MARIE BANNER | * | CIVIL ACTION NO.:  2:19-cv-10653 |
| | * | |
| VERSUS | * | SECTION:    G |
| | * | |
| | * | |
| ST. JAMES PARISH D/B/A RIVER PARISHES TOURIST, CONVENTION AND VISITORS BUREAU, THE ST. JAMES PARISH COUNCIL, TIMOTHY P. ROUSSEL AND GARY BOE | * * * * * | JUDGE NANNETTE JOLIVETTE BROWN<br><br>MAGISTRATE JUDGE: DIV. õlö<br>JANIS VAN MEERVELD |

## ORDER

The Court has considered Defendants, Gary Boe and the River Parishes Tourist, Convention and Visitorøs Commission, Unopposed Motion For Extension Of Time To File an Answer to Plaintifføs Complaint, or otherwise plead in the above title action. The Court is of the opinion that the motion should be **GRANTED**.

It is therefore ORDERED that Gary Boe and the River Parishes Tourist, Convention and Visitorøs Commission has until the _____ day of _____, **2019** to file their Answer to Plaintifføs Complaint, or otherwise plead in the above title action.

New Orleans, Louisiana this ____ day of _____, 2019.

_____
**NANNETTE JOLIVETTE BROWN**
UNITED STATES DISTRICT JUDGE