UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOCYNTIA MARIE BANNER | * | CIVIL ACTION NO.: 2:19-cv-10653 |
| | * | |
| VERSUS | * | SECTION:    G |
| | * | |
| | * | |
| ST. JAMES PARISH D/B/A RIVER | * | JUDGE NANNETTE JOLIVETTE BROWN |
| PARISHES TOURIST, CONVENTION | * | |
| AND VISITORS BUREAU, THE ST. | * | MAGISTRATE JUDGE: DIV. õ1ö |
| JAMES PARISH COUNCIL, TIMOTHY P. | * | JANIS VAN MEERVELD |
| ROUSSEL AND GARY BOE | * | |

**PARTIAL MOTION TO DISMISS PURSUANT TO FED.R. CIV. P. 12(b)(6)**

Now comes GARY BOE, made a "Defendant" in the above captioned pleadings, through undersigned counsel, who respectfully presents this Partial Motion to Dismiss Pursuant to Rule 12(b)(6) for failure to state a cause of action upon which relief can be granted. Plaintiff, JOCYNITA MARIE BANNER, fails to state any cause of action against this Defendant for reasons set forth in the Memorandum in Support of the Partial Motion to Dismiss filed herewith.

WHEREFORE, Defendant, GARY BOE, prays that this Court issue an Order granting Defendant's Fed. R. Civ. P. 12(b)(6) Partial Motion To Dismiss, with prejudice.

    RESPECTFULLY SUBMITTED:

    ACCARDO LAW FIRM, L.L.C.
    325 Belle Terre Blvd., Suite A
    LaPlace, Louisiana 70068
    (985) 359-4300
    (985) 359-4303 fax

    */s/ SAMUEL J. ACCARDO, JR.*
    SAMUEL J. ACCARDO, JR. (#24007)
    Attorneys for GARY BOE
    accardo@rtconline.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 30th day of AUGUST, 2019, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system or by facsimile transmission, hand delivery, Certified Mail Return Receipt Requested, UPS/Federal Express, Electronic Mail, and/or by U.S. Mail, First Class, postage prepaid, properly addressed.

    */s/ SAMUEL J. ACCARDO, JR.*
    SAMUEL J. ACCARDO, JR.