UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOCYNTIA MARIE BANNER | * | CIVIL ACTION NO.:  2:19-cv-10653 |
| | * | |
| VERSUS | * | SECTION:     G |
| | * | |
| | * | |
| ST. JAMES PARISH D/B/A RIVER | * | JUDGE NANNETTE JOLIVETTE BROWN |
| PARISHES TOURIST, CONVENTION | * | |
| AND VISITORS BUREAU, THE ST. | * | MAGISTRATE JUDGE: DIV. ō1ö |
| JAMES PARISH COUNCIL, TIMOTHY P. | * | JANIS VAN MEERVELD |
| ROUSSEL AND GARY BOE | * | |

**ORDER**

     The Court has considered Defendants, Gary Boe, Partial Motion to Dismiss Pursuant to

Rule 12(b)(6).  The Court is of the opinion that the motion should be **GRANTED**.

     **IT IS ORDERED** that all claims against Defendant, GARY BOE, be and the same are

hereby **DISMISSED WITH PREJUDICE,** all parties to bear their own costs, with plaintiff

reserving all rights to proceed against all remaining defendants.

     New Orleans, Louisiana this _____ day of _____, 2019.

                  _____

                  **NANNETTE JOLIVETTE BROWN**
                  UNITED STATES DISTRICT JUDGE