UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOCYNTIA MARIE BANNER, | 19-CV-10653 |
| Plaintiff, | |
| VERSUS | JUDGE NANNETTE JOLIVETTE BROWN |
| ST. JAMES PARISH, ST. JAMES PARISH COUNCIL, GARY BOE, TIMOTHY P. ROUSSEL, | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendants. | |

## SHOW CAUSE ORDER

The record reflects that service has been made upon defendants St. James Parish Council and Timothy P. Roussel. The record does not reflect that an appearance or responsive pleading has been filed on behalf of said defendants.

Accordingly,

IT IS ORDERED that plaintiff show good cause **in writing** within 21 days why defendants St. James Parish Council and Timothy P. Roussel should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal in accordance with Rule 41(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 5th day of September, 2019.

_____
Janis van Meerveld
United States Magistrate Judge