UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOCYNTIA MARIE BANNER | : | CIVIL ACTION NO.: 2:19-CV-10653 |
| | : | |
| VERSUS | : | JUDGE: |
| | : | NANNETTE JOLIVETTE BROWN |
| ST. JAMES PARISH D/B/A | : | |
| RIVER PARISHES TOURIST, | : | MAGISTRATE JUDGE: |
| CONVENTION AND VISITORS | : | JANIS VAN MEERVELD |
| BUREAU, THE ST. JAMES PARISH | : | |
| COUNCIL, TIMOTHY P. ROUSSEL AND | : | |
| GARY BOE | : | |

**PLAINTIFF JOCYNTIA BANNER'S
OPPOSITION TO DEFENDANT GARY BOE'S PARTIAL
MOTION TO DISMISS PURSUANT TO FED.R. CIV. P. 12(B)(6)**

NOW COMES, through undersigned counsel, Plaintiff Jocyntia Marie Banner, who hereby opposes the partial motion to dismiss filed by Gary Boe for the following reasons:

Plaintiff concedes that Mr. Boe cannot be held personally liable for Title VII claims, disability claims and State employment law claims as averred by Mr. Boe. However, Plaintiff has asserted claims pursuant to 42 U.S.C. § 1981 for intentional employment discrimination based upon race. Unlike Title VII, Section 1981 provides for individual liability on the part of non-employers. The Fifth Circuit has noted that individual liability under Section 1981 attaches to local government officials for decisions affecting municipal employment contracts. *Walker v. FXI*, 2013 U.S. Dist. LEXIS 36909, *8 (N.D. MS. Mar 18, 2013); citing *Oden v. Oktibbeha County*, Miss., 246 F.3d 458, 464 n. 5 (5th Cir. 2001). *Gad-Tadros v. Bessemer Venture Partners*, 326 F. Supp. 2d 417, 425 (U.S.D.C. E.D.N.Y., July 26, 2004). Under other circumstances, a failure to act can present a plausible § 1981 claim. *Nuovo v. Ohio State Univ*., 726 F. Supp. 2d 829, 849 (S.D. Ohio, July 16, 2010) citing *Wallace v. DM Customs, Inc.,* No. 8:04-cv-115-T-23TBM, 2006 U.S. Dist. LEXIS

1

73029, 2006 WL 2882715, at *7 (M.D. Fla. Oct. 6, 2006).

> Plaintiff specifically pleaded as follows:
>
> ¶20
>
> Plaintiff's termination was in violation of 42 U.S.C. § 1981...
>
> ¶24
>
> Gary Boe actively scoured Plaintiff's personnel file, computer and communications in a direct effort to retaliate against Plaintiff and terminate her based upon trumped up pretextual allegations that did not rise to the level of employment action unless and until Plaintiff engaged in protected activity.
>
> ¶25.
>
> Plaintiff was singled out and intentionally discriminated against by the defendants because of plaintiffs' race, sex and national origin in violation of .....42 U.S.C. § 1981(a).
>
> ¶26
>
> The harassment by defendants' management and owners started at the time of employment [of] Gary Boe and continue until Plaintiff's termination.

Therefore, Plaintiff has pleaded a cause of action against a governmental employee in violation of 42 U.S.C. § 1981 which specifically provides for individual liability upon state actors for intentional race discrimination in employment. The Fifth Circuit has concluded that individual liability under § 1981 extends to local government officials for decisions affecting municipal employment contracts. See, e.g., *Huckabay v. Moore*, 142 F.3d 233, 241 (5th Cir. 1998); *Oden v. Oktibbeha County, Mississippi*, 246 F.3d 458, 464-65 (5th Cir.), cert. denied, 534 U.S. 948, 122 S. Ct. 341, 151 L. Ed. 2d 258 (2001); *Leilenett H. Mkt. v. Extended Stay Am.*, 2016 U.S. Dist. LEXIS 66226, *9

(N.D. TX May 19, 2016).

Therefore, Plaintiff has pleaded a cause of action against Gary Boe, an individual state actor that affects plaintiff's employment and the partial motion to dismiss Gary Boe should be denied as to claims in violation of 42 U.S.C. § 1981. Plaintiff concedes that Mr. Boe cannot be held liable under Title VII, the ADA and State employment law claims.

Respectfully submitted by:

*/s/Jean-Paul Robert*
Jean-Paul Robert, Bar # 27628
Attorney at Law, L.L.C.
8148 Highway 44
Gonzales, LA 70737
Tel: (225) 647-9200
Fax: (225) 647-9300

## CERTIFICATE OF SERVICE

I hereby certify that the preceding opposition to partial motion to dismiss has been delivered via email service to:

Samuel J. Accardo, Jr.
325 Belle Terre Blvd., Suite A
LaPlace, Louisiana 70068

on this 18th day of September, 2019.

by:

*/s/Jean-Paul Robert*
Jean-Paul Robert, Bar # 27628
Attorney at Law, L.L.C.
8148 Highway 44
Gonzales, LA 70737
Tel: (225) 647-9200
Fax: (225) 647-9300