UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOCYNTIA BANNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10653** |
| **ST. JAMES PARISH et al.** | **SECTION: "G"(1)** |

## ORDER

In this litigation, Plaintiff Jocyntia Banner ("Plaintiff") alleges that Defendants St. James Parish Council, River Parishes Tourist Convention and Water Bureau, Timothy Roussel, and Gary Boe (collectively, "Defendants") discriminated and retaliated against Plaintiff in a workplace environment based on Plaintiff's race and sex.[1] Plaintiff brings claims against Defendants for alleged violations of 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e), and Louisiana Employment Discrimination Law (La. R.S. 23:302, *et seq.*).[2]

Pending before the Court is Defendant Gary Boe's ("Boe") "Partial Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)."[3] In the instant motion, Boe seeks dismissal of Plaintiff's discrimination and retaliation claims under Title VII and Louisiana Employment Discrimination Law.[4] In response, Plaintiff concedes that Boe cannot be held liable under Title VII or Louisiana

---

[1] Rec. Doc. 2.

[2] *Id.* at 5.

[3] Rec. Doc. 10.

[4] Rec. Doc. 10-1 at 6.

1

Employment Discrimination Law.[5] However, Plaintiff argues that she has stated a claim against Boe under 42 U.S.C. § 1981.[6] Boe does not seek dismissal of Plaintiff's Section 1981 claim in the instant motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Boe's "Partial Motion to Dismiss" is **GRANTED**, and Plaintiff's claims against Defendant Boe under Title VII and Louisiana Employment Discrimination Law are **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA,** this  4th   day of November, 2019.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[5] Rec. Doc. 13 at 3.

[6] *Id.*