UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOCYNTIA MARIE BANNER** | * | CIVIL ACTION NO.: 2:19-cv-10653 |
|    *Plaintiff* | * | |
| | * | |
| v. | * | JUDGE:  NANNETTE JOLIVETTE BROWN |
| | * | |
| **ST. JAMES PARISH, ST. JAMES PARISH** | * | |
| **COUNCIL, GARY BOE, TIMOTHY P.** | * | MAGISTRATE:  J. VAN MEER VELD |
| **ROUSSEL, ET AL.** | * | |
|    *Defendants* | * | |

### WITNESS LIST BY ST. JAMES PARISH, THE ST. JAMES PARISH COUNCIL AND TIMOTHY ROUSSEL

**NOW INTO COURT**, through undersigned counsel, come defendants, St. James Parish, the St. James Parish Council, and Timothy Roussel, and in accordance with the Court's October 30, 2020 Scheduling Order, respectfully submit the following list of witnesses that they may call at trial:

1. Jocyntia Marie Banner, Plaintiff
   157 Alexis Ct.
   Vacherie, Louisiana 70090
   The witness may testify regarding facts and allegations contained in Complaint.

2. Gary P. Boe, Jr., Defendant
   Executive Director of the River Parishes Tourist Commission
   671 Belle Terre Boulevard
   LaPlace, Louisiana 70068
   The witness may testify regarding facts and allegations contained in Complaint.

3. Representative(s) or Member(s) of the River Parishes Tourist Commission, including but not limited to the following, Peggy Joseph; Elizabeth Jenkins; Paul Aucoin; Michelle Jenkins; Angie Matherne; Delores Florent; Garret Monti; Nicole Veillon; or Louis, Kliebert, Defendant
   671 Belle Terre Boulevard
   LaPlace, Louisiana 70068
   The witness may testify regarding facts and allegations contained in Complaint.

4. Any and all supervisor(s) of Plaintiff, Jocyntia Marie Banner, while employed by the River Parishes Tourist Commission
   671 Belle Terre Boulevard
   LaPlace, Louisiana 70068

The witness may testify regarding facts and allegations contained in Complaint.

5. Timothy Roussel, Defendant
   Former President of St. James Parish
   5800 Highway 44
   Convent, Louisiana 70723
   The witness may testify regarding facts and allegations contained in Complaint.

6. A Representative(s) of St. James Parish, including the Parish Council, Defendant
   5800 Highway 44
   Convent, Louisiana 70723
   The witness may testify regarding facts and allegations contained in Complaint.

7. Jenn Davis
   Personnel Manager, St. James Parish
   5800 Highway 44
   Convent, Louisiana 70723
   The witness may testify regarding facts and allegations contained in Complaint.

8. Wilma Harvey
   Tourism Sales Director for the River Parishes Tourist Commission
   671 Belle Terre Boulevard
   LaPlace, Louisiana 70068
   The witness may testify regarding facts and allegations contained in Complaint.

9. Rena Jackson
   Office Manager for the River Parishes Tourist Commission
   671 Belle Terre Boulevard
   LaPlace, Louisiana 70068
   The witness may testify regarding facts and allegations contained in Complaint.

10. Megan Ryburn
    Tourism Sales Director for the River Parishes Tourist Commission
    671 Belle Terre Boulevard
    LaPlace, Louisiana 70068
    The witness may testify regarding facts and allegations contained in Complaint.

11. Representative of St. John the Baptist Parish
    1811 W. Airline Highway
    LaPlace, Louisiana 70068
    The witness may testify regarding facts and allegations contained in Complaint.

12. Representative(s) of St. Charles Parish
    15045 River Road
    Hahnville, Louisiana 70057
    The witness may testify regarding facts and allegations contained in Complaint.

13. Any and all treating physicians or other medical service providers of plaintiff, Jocyntia Marie Banner, whether prior to or after the events described in the Complaint
    Various Addresses, unknown at this time
    The witness may testify regarding medical treatment or services provided to Plaintiff.

14. Any and all employee(s) of Boots on the Ground Production Services
    Address unknown
    The witness may testify regarding facts and allegations contained in Complaint.

15. Any and all employees(s) of Fee Fo Lay Café, LLC
    5593 Highway 18
    Vacherie, Louisiana 70090
    The witness may testify regarding facts and allegations contained in Complaint.

16. A representative(s) of St. John Community Center
    2900 US-51
    LaPlace, Louisiana 70068
    The witness may testify regarding facts and allegations contained in Complaint.

17. Jesse Lambert
    Houmas House Plantation and Gardens
    40136 LA-942
    Darrow, Louisiana 70725
    The witness may testify regarding facts and allegations contained in Complaint.

18. Rachael B. Burns
    Q Hotels
    4276 US-51
    LaPlace, Louisiana 70068
    The witness may testify regarding facts and allegations contained in Complaint.

19. Hillary Loeber
    Oak Alley Plantation Tourism Sales Director
    3645 LA-18
    Vacherie, Louisiana 70090
    The witness may testify regarding facts and allegations contained in Complaint.

20. Jennifer Crook
    Producer for Slave Rebellion Reenactment
    Address Unknown
    The witness may testify regarding facts and allegations contained in Complaint.

21. Representative of Berkley Insurance Company;
    475 Steamboat Road
    Greenwich, Connecticut 06830

The witness may testify regarding the subject insurance policy identified by St. James Parish in discovery.

22. Any witness necessary for rebuttal and/or impeachment purposes

23. Any person to be identified through discovery

24. Any witness, expert or fact, identified, listed, or called by any party

25. Any person from whom a deposition is taken, subject to the Federal Rules of Civil Procedure and Federal Code of Evidence

26. Any witness who becomes known as a result of ongoing discovery or investigation

27. Any witness necessary to authenticate any exhibits, documents, or records produced during discovery or listed as an exhibit by a party

28. Any expert witness retained by this or any defendant, whether for examinations, analysis, and/or evaluations, if any

29. Any other experts retained by this or any other defendant, if any.

Defendants, St. James Parish, the St. James Parish Council, and Timothy Roussel reserve the right to supplement and/or amend this Witness List, as discovery is ongoing at this time.

        Respectfully submitted,

/s/ Morgan A. Druhan
TARA E. CLEMENT (Bar No. 27406)
MORGAN A. DRUHAN (Bar No. 37102)
**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email:  tclement@glllaw.com
       mdruhan@glllaw.com
*Counsel for Defendants the Parish of St. James,*
*the St. James Parish Council, and Timothy Roussel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2020, I have served a copy of the foregoing Witness List of Defendants on counsel for all parties to this proceeding by facsimile, electronic mail and/or by placing same in the United States mail, properly addressed and postage prepaid.

_____
MORGAN A. DRUHAN