## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOCYNTIA MARIE BANNER** | * | **CIVIL ACTION NO.: 2:19-cv-10653** |
| *Plaintiff* | * | |
| | * | |
| v. | * | **JUDGE:  NANNETTE JOLIVETTE BROWN** |
| | * | |
| **ST. JAMES PARISH, ST. JAMES PARISH** | * | |
| **COUNCIL, GARY BOE, TIMOTHY P.** | * | **MAGISTRATE:  J. VAN MEER VELD** |
| **ROUSSEL, ET AL.** | * | |
| *Defendants* | * | |

### EXHIBIT LIST BY DEFENDANTS, ST. JAMES PARISH, ST. JAMES PARISH COUNCIL, AND TIMOTHY ROUSSEL

**NOW INTO COURT**, through undersigned counsel, come defendants, St. James Parish, the St. James Parish Council, and Timothy Roussel, and in accordance with the Court's October 30, 2019 Scheduling Order, respectfully submit the following list of exhibits that they may introduce into evidence at trial:

1. Any and all documents pertaining to St. James processing of RPTC's payroll and/or documents received from RPTC, produced as SJP-000001 - SJP-000236;

2. Berkley Insurance Company Policy No. PEM-0000028-05, effective March 22, 2018 through March 22, 2019, issued to St. James Parish Government, produced as SJP-000237-SJP-000321;

3. Any and all documents produced by St. James Parish;

4. Any and all documents produced by Plaintiff, including but not limited to documents produced as Banner: 000001-000150;

5. Any and all documents produced by River Parishes Tourist Commission, Gary Boe, Jr., including but not limited to the following documents:
   a. Jocyntia Banner's Employment File with the River Parishes Tourist Commission;
   b. Correspondence packet from Jocyntia Banner to the River Parishes Tourist Commission;
   c. Cobra Correspondence dated 12/28/18;
   d. Demographics of River Parishes Tourist Commission;
   e. All documents pertaining to Jocyntia Banner's U.S. Equal Employment Opportunity Commission charge of discrimination against River Parishes Tourist Commission and St. James Parish;
   f. Correspondence from River Parishes Tourist Commission to Jocyntia Banner

       regarding a reduction in salary, dated 12/12/2018;
    g. All documentation regarding Jocyntia Banner's termination with the River Parishes Tourist Commission, including termination and separation letters;
    h. Brochure made by Jocyntia Banner;
    i. Fleur de Film documents;
    j. River Parishes Tourist Commission Employee Handbook;
    k. St. John Community Center Brochure;
    l. Status Report Form for Jocyntia Banner and corresponding documents regarding the positions at the River Parishes Tourist Commission;
    m. All other documents produced by the River Parishes Tourist Commission.

6. Any and all medical records and medical bills of Plaintiff;

7. Any and all past and current employment records of Plaintiff;

8. Any and all social security records of Plaintiff;

9. Any and all of Plaintiff's tax returns;

10. Any and all documents related to Plaintiff's employment with the River Parishes Tourist Commission;

11. Any and all correspondence, e-mails, or other communications between any of the parties to these proceedings, or their agents, assigns, or employees, which relate to the incident that is the subject matter of these proceedings;

12. Any and all depositions, affidavits, or other statements, written and oral, taken or to be taken, in this matter, including and any exhibits or attachments thereto, subject to the Federal Code of Civil Procedure and Federal Code of Evidence;

13. Any and all discovery requests, discovery responses, or other documents exchanged and/or produced in connection with discovery, whether filed or exchanged informally, in this matter, including, but not limited to, Answers to Interrogatories, Responses to Requests for Production of Documents, Requests for Admissions, Requests for Inspection and/or Entry;

14. Any and all documents necessary for impeachment purposes, including, but not limited to, depositions, statements, treatises, restatements of law, data, studies, publications, or other materials;

15. Any and all expert reports listed, referred to, introduced, or used by any other party, including any and all exhibits attached thereto or documents relied upon or referenced therein which the expert relies upon in forming his/her opinion;

16. Any and all photographs, drawings, notes, measurements and reports of any expert prepared in connection with this suit;

17. Any and all pleadings, filed or to be filed, in this matter;

18. Any and all recapitulations or other calculations.

19. Any and all transcripts from any hearings in this matter, including previously offered testimony;

20. Any attachment to a deposition taken in this case, subject to the Federal Rules of Civil Procedure and Federal Code of Evidence;

21. Any documents relied upon by defendants' or plaintiff's experts in formulating their opinions and/or conclusions, including but not limited to medical and financial records, articles, treatises, and all documents provided to the experts by the parties;

22. Any exhibit listed, referred to, introduced at trial or identified in discovery responses by any party;

23. Any exhibit revealed prior to trial;

24. Copies of any and all photographs, demonstrative exhibits, diagrams, schematics, or other visual images taken and/or produced by any party;

25. CVs of any and all expert witnesses;

26. Depositions of experts and/or any witnesses who are not available to testify at the trial of this matter.

Defendants, St. James Parish, the St. James Parish Council, and Timothy Roussel, reserve the right to supplement and/or amend this Exhibit List, as discovery is ongoing at this time.

Respectfully submitted,

*/s/ Morgan A. Druhan*
TARA E. CLEMENT (Bar No. 27406)
MORGAN A. DRUHAN (Bar No. 37102)
**GIEGER, LABORDE & LAPEROUSE, L.L.C.**
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: tclement@glllaw.com
mdruhan@glllaw.com
*Counsel for Defendants the Parish of St. James,*
*the St. James Parish Council, and Timothy Roussel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2020 I have served a copy of the foregoing Exhibit List of Defendants on counsel for all parties to this proceeding by facsimile, electronic mail and/or by placing same in the United States mail, properly addressed and postage prepaid.

_____
Morgan A. Druhan