UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOCYNTIA MARIE BANNER | : | CIVIL ACTION NO.: 2:19-CV-10653 |
| | : | |
| VERSUS | : | JUDGE: |
| | : | NANNETTE JOLIVETTE BROWN |
| ST. JAMES PARISH D/B/A | : | |
| RIVER PARISHES TOURIST, | : | MAGISTRATE JUDGE: |
| CONVENTION AND VISITORS | : | JANIS VAN MEERVELD |
| BUREAU, THE ST. JAMES PARISH | : | |
| COUNCIL, TIMOTHY P. ROUSSEL AND | : | |
| GARY BOE | : | |

**JOINT UNOPPOSED AND AGREED UPON MOTION TO EXTEND SCHEDULING ORDER AND DEADLINES NOW INTO COURT,**

NOW COMES, through undersigned counsel, Plaintiff JOCYNTIA MARIE BANNER, who respectfully moves this Honorable Court pursuant to F.R.C.P. 16 (b)(4), to continue the trial date and extend the deadlines contained in the initial scheduling Order established by the Court's on November 1, 2019, [Rec. Doc. No. 20]. This matter is set for jury trial on September 21, 2020. However, pursuant to COVID-19 General Order No. 20-6, all jury trials are continued to October 5, 2020. In addition, all counsel have conferred and agreed that additional time is required to complete discovery in this matter due to COVID-19 and that all parties agree it would be in the best interest of the orderly completion of the case. Coordinating depositions and discovery has been greatly hampered by COVID-19. An extension of discovery deadlines sixty days would greatly assist in the completion of discovery in this case.

As a result of unintended delays due to COVID-19, the completion of required deposition testimony of all the parties has been delayed. Most recently, the plaintiff's deposition was taken and Plaintiff requested Defense witness depositions but no dates are available within the deadlines. The witnesses simply are not available during the deadlines. Extensive written discovery has been performed during the COVID-19 lockdown and numerous documents have been exchanged on both sides. However the remaining depositions have not been completed due to restrictions on in person

gatherings. The deadlines therefore, cannot reasonably be met despite the diligence of the parties. As a result, the parties have discussed the discovery necessary to be completed and are working together to obtain available dates within the next (60) days, to complete the discovery.

The parties are not wishing to extend the deadline to join parties, amend the pleadings or the deadline to exchange initial disclosures required by F.R.C.P. 26 (a) (1).

The parties wish to extend the existing pre-trial deadlines as follows:

1. Depositions for trial use shall be taken and all discovery shall be completed no later than **September 23, 2020**;

2. All non-evidentiary pretrial motions shall be filed and served in sufficient time to permit hearing thereon no later than **September 29, 2020**.

If the court feels that a telephone status conference is necessary, the parties are agreeable as well.

WHEREFORE, Jocyntia Marie Banner, St. James Parish, Gary Boe, the River Parish Tourist, Convention and Visitors Bureau respectfully requests that its Unopposed and Agreed Upon Motion to Extend Scheduling Order Deadlines be granted.

Respectfully submitted by:

*/s/Jean-Paul Robert*
Jean-Paul Robert, Bar # 27628
Attorney at Law, L.L.C.
8148 Highway 44
Gonzales, LA 70737
Tel: (225) 647-9200
Fax: (225) 647-9300

**CERTIFICATE OF SERVICE**

I hereby certify that the preceding motion to extend deadlines has been delivered via *email* to:

Samuel J. Accardo, Jr.

Accardo Law Firm, L.L.C.
325 Belle Terre Blvd., Suite A
LaPlace, Louisiana 70068
*Attorney for Gary Boe and River Parishes Tourist, Convention and Visitor's Commission*

Tara Elizabeth Clement
Morgan Ashley Druhan
Gieger, Laborde & Laperouse L.L.C.
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
*Attorneys for Timothy P. Rouseel, St. James Parish Council and St. James Parish*

this 10th day of July, 2020

                           by:
                                  */s/Jean-Paul Robert*
                                  Jean-Paul Robert, Bar # 27628