UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOCYNTIA MARIE BANNER | : | CIVIL ACTION NO.: 2:19-CV-10653 |
| | : | |
| VERSUS | : | JUDGE: |
| | : | NANNETTE JOLIVETTE BROWN |
| ST. JAMES PARISH D/B/A | : | |
| RIVER PARISHES TOURIST, | : | MAGISTRATE JUDGE: |
| CONVENTION AND VISITORS | : | JANIS VAN MEERVELD |
| BUREAU, THE ST. JAMES PARISH | : | |
| COUNCIL, TIMOTHY P. ROUSSEL AND | : | |
| GARY BOE | : | |

**ORDER**

CONSIDERING, the foregoing Joint Unopposed and Agreed upon Motion to Extend Scheduling Order and Deadlines,

IT IS HEREBY ORDERED that the scheduling order is amended to extend the following deadlines as follows:

1. Depositions for trial use shall be taken and all discovery shall be completed no later than **September 23, 2020**;

2. All non-evidentiary pretrial motions shall be filed and served in sufficient time to permit hearing thereon no later than **September 29, 2020**.

THUS DONE AND SIGNED this ___ day of _____, 2020 at New Orleans, Louisiana.

_____
JUDGE