UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOCYNTIA MARIE BANNER** *Plaintiff* | * * * | **CIVIL ACTION NO.: 2:19-cv-10653** |
| v. | * * | **JUDGE: NANNETTE JOIVETTE BROWN** |
| **ST. JAMES PARISH, ST. JAMES PARISH COUNCIL, GARY BOE, TIMOTHY P. ROUSSEL** *Defendants* | * * * * | **MAGISTRATE: J. VAN MEER VELD** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT STATUS REPORT

NOW INTO COURT, through undersigned counsel, come Gary Boe and the River Parishes Tourist, Convention and Visitor's Commission; and the Parish of St. James, the St. James Parish Council, and Timothy Roussel; who respectfully submit the following Joint Status Report on behalf of defendants pursuant to the this Honorable Court's Scheduling Order (Document No. 30) as follows:

Parties and Counsel:

| PARTY | PLF/DEF | COUNSEL |
|---|---|---|
| Jocyntia Marie Banner | Plaintiff | JEAN PAUL ROBERT 8148 Highway 44 Gonzales, Louisiana 70737 Telephone: 225-647-9200 Fax: 225-647-9300 Email: pr@attorneyatlawllc.com |

1

| | | |
|---|---|---|
| Gary Boe and<br>The River Parishes Tourist,<br>Convention and Visitor's<br>Commission | Defendants | SAMUEL J. ACCARDO, JR.<br>Accardo Law Firm, LLC<br>325 Belle Terre Blvd., Suite A<br>LaPlace, Louisiana 70068<br>Telephone:    985-359-4300<br>Fax:    985-359-4303<br>Email: accardo@rtconline.com |
| St. James Parish, St. James<br>Parish Council  and<br>Timothy Roussel | Defendants | TARA E. CLEMENT<br>MORGAN A. DRUHAN<br>Gieger, Laborde & Laperouse, LLC<br>701 Poydras Street, Suite 4800<br>New Orleans, Louisiana 70139<br>Telephone: (504) 561-0400<br>Fax: (504) 561-1011<br>Email: tclement@glllaw.com<br>           mdruhan@glllaw.com |

This Joint Status Report is being submitted on behalf of the defendants herein signed below as counsel for Plaintiff has not provided inserts to include herein.

Pending Motions:

No motions are currently pending before the Court.  However, it is anticipated that defendants will file dispositive motions and other evidentiary motions in accordance with this Court's deadlines.

Dates and Times:

A Final Pre-Trial Conference is currently set in the matter for May 5, 2021, at 3:00 p.m. There are no other status conferences set in the matter at this time.  A jury trial is set in the matter for May 24, 2021, at 9:00 a.m.  The matter is to be tried before a jury and is expected to last three days.

Factual and Legal Issues:

Jocyntia Marie Banner is the Plaintiff in the matter. The Defendants are the River Parishes Tourist, Convention and Visitor's Commission and Gary Boe, its Executive Director; and St. James

Parish, the St. James Parish Council, and St. James Parish President Timothy P. Roussel. Banner's complaint alleges discrimination and retaliation against the Defendants in violation of Title VII and 42 U.S.C. 1981. Banner alleges that she was passed over in employment and denied promotion due to her skin color and gender. Plaintiff is an African American female. Plaintiff further alleges that Defendant, Boe, intentionally discriminated against Plaintiff solely because of Plaintiff's race and sex. Plaintiff further alleges that she was demoted, then terminated, in retaliation for engaging in protected activity. Plaintiff alleges various injuries and damages including pecuniary and non-pecuniary loss.

      Defendants have denied all of Plaintiff's claims and have pled affirmative defenses. The EEOC issued a right to sue letter absent of comment or findings regarding its investigation of Plaintiff's claims.

Remaining Discovery:

      At this time, substantial written discovery and depositions have been completed. The parties are in the process of completing discovery and depositions in this matter.

Settlement Negotiations:

      The parties have not engaged in settlement negotiations.

      Respectfully submitted,

/s/Samuel J. Accardo, Jr.
SAMUEL J. ACCARDO, JR. (Bar No. 24407)
ACCARDO LAW FIRM, LLC
325 Belle Terre Blvd., Suite A
LaPlace, Louisiana 70068
Telephone:   (985) 359-4300
Fax:   (985) 359-4303
Email:  accardo@rtconline.com

*Counsel for Defendants, Gary Boe, River Parishes Tourist, Convention and Visitor's Commission*

/s/ Tara E. Clement
TARA E. CLEMENT (Bar No. 27406)
MORGAN A. DRUHAN (Bar No. 37102)
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
Email: tclement@glllaw.com
         mdruhan@glllaw.com
*Counsel for Defendant, St. James Parish and St. James Parish Council and Timothy Roussel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 8th day of September, 2020.

/s /Tara E. Clement
TARA E. CLEMENT