UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOCYNTIA MARIE BANNER** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 19-10653** |
| **ST. JAMES PARISH et al.** | **SECTION: "G"(1)** |

## ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, every witness must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 26th day of February, 2021.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] *See* Exhibit A (Correspondence).

# JEAN-PAUL ROBERT
## ATTORNEY AT LAW, L.L.C.

Telephone: 225-647-9200
Facsimile: 225-647-9300

P.O. BOX 209
GONZALES, LA 70707

PHYS ADDR: 8148 HWY 44, GONZALES, LA 70737

e-mail: jpr@attorneyatlawllc.com
website: attorneyatlawllc.com



February 26, 2021

The Honorable Janis Van Meerveld
500 Poydras Street, Room B345
New Orleans, LA 70130
*Via Electronic Mail: efile-vanmeerveld@laed.uscourts.gov*

The Honorable Nannette Jolivette Brown
500 Poydras Street, Room C205
New Orleans, LA 70130
*Via Electronic Mail: efile-brown@laed.uscourts.gov*

Samuel J. Accardo, Jr.
Accardo Law Firm, L.L.C.
325 Belle Terre Blvd., Suite A
LaPlace, Louisiana 70068
*Via Electronic Mail accardo@rtconline.com only*

Tara Elizabeth Clement
Morgan Ashley Druhan
Gieger, Laborde & Laperouse L.L.C.
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
*Via Electronic Mail  tclement@glllaw.com only*

   Re: *Jocyntia Marie Banner vs. St. James Parish D/B/A River Parishes Tourist, Convention and Visitor's Bureau, et al*
     *Civil Action No.: 2:19-cv-10653; USDC, Eastern District of Louisiana*
     *Notice of Settlement with all parties*

Dear Judge Van Meerveld:

  I represent the plaintiff Jocyntia Marie Banner.  Please be advised that the Plaintiff settled this matter with all parties on February 25, 2021.  The Court may enter a 60 day order of dismissal and we will contact you if further assistance is needed.  Please reserve jurisdiction for enforcement of the settlement.  Please contact me with any further questions or concerns.

Yours very truly,

*/s/Jean-Paul Robert*
Jean-Paul Robert
Attorney at Law, LLC