UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOCYNTIA MARIE BANNER | * | CIVIL ACTION NO.: 2:19-cv-10653 |
| | * | |
| VERSUS | * | SECTION:   G |
| | * | |
| | * | |
| ST. JAMES PARISH D/B/A RIVER PARISHES TOURIST, CONVENTION AND VISITORS BUREAU, THE ST. JAMES PARISH COUNCIL, TIMOTHY P. ROUSSEL AND GARY BOE | * * * * * * | JUDGE NANNETTE JOLIVETTE BROWN  MAGISTRATE JUDGE: DIV. "1"  JANIS VAN MEERVELD |

## JOINT MOTION AND ORDER TO DISMISS, WITH PREJUDICE

On joint motion of Plaintiff, JOCYNTIA MARIE BANNER, and Defendants, GARY BOE and the RIVER PARISHES TOURIST, CONVENTION AND VISITOR'S COMMISSION, (improperly named by Plaintiff in the caption of her original complaint as "St. James Parish d/b/a River Parishes Tourist, Convention and Visitor's Bureau"), PARISH OF ST. JAMES, the ST. JAMES PARISH COUNCIL, and TIMOTHY ROUSSEL, all through their respective undersigned counsel, and on suggesting to the Court that the herein parties have agreed to settlement of this case, and that Movers desire that the Plaintiff's above and foregoing numbered petition, be dismissed, with prejudice, as to Defendants, each party to pay its respective costs.

       Respectfully submitted:

JEAN PAUL ROBERT
8148 Highway 44
Gonzales, LA 70737
Phone: 225-647-9200
Fax: 225-647-9300

/s/ *John Paul Robert*
JOHN PAUL ROBERT, (#27628)
Email: jpr@attorneyatlawllc.com
Attorney for Plaintiff: Jocyntia Marie Banner

        ACCARDO LAW FIRM, L.L.C.
        325 Belle Terre Blvd., Suite A
        LaPlace, Louisiana   70068
        (985) 359-4300
        (985) 359-4303 fax

        /s/ *Samuel J. Accardo, Jr.*
        SAMUEL J. ACCARDO, JR. (#24007)
        Email: accardo@rtconline.com
        Attorney for Defendants: Gary Boe and the River Parishes Tourist, Convention and Visitor's Commission


        GIEGER, LABORDE & LAPEROUSE, L.L.C.
        701 Poydras Street, Suite 4800
        New Orleans, Louisiana 70139
        Telephone: (504) 561-0400
        Facsimile: (504) 561-101

        */s/ Tara E. Clement*
        TARA E. CLEMENT (Bar No. 27406)
        MORGAN A. DRUHAN (Bar No. 37102)
        Email: tclement@glllaw.com
        Email: mdruhan@glllaw.com
        Attorney for Defendants: The Parish of St. James, the St. James Parish Council, and Timothy Roussel