UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOCYNTIA MARIE BANNER | * CIVIL ACTION NO.: 2:19-cv-10653 |
| VERSUS | * SECTION:   G |
| ST. JAMES PARISH D/B/A RIVER PARISHES TOURIST, CONVENTION AND VISITORS BUREAU, THE ST. JAMES PARISH COUNCIL, TIMOTHY P. ROUSSEL AND GARY BOE | * JUDGE NANNETTE JOLIVETTE BROWN  <br> * MAGISTRATE JUDGE: DIV. "1" <br> * JANIS VAN MEERVELD |

## **ORDER**

Considering the foregoing Joint Motion and Order to Dismiss with Prejudice:

IT IS ORDERED that the Plaintiff's, JOCYNTIA MARIE BANNER, petition be and is hereby, dismissed, as to all Defendants, GARY BOE and the RIVER PARISHES TOURIST, CONVENTION AND VISITOR'S COMMISSION, (improperly named by Plaintiff in the caption of her original complaint as "St. James Parish d/b/a River Parishes Tourist, Convention and Visitor's Bureau"), PARISH OF ST. JAMES, the ST. JAMES PARISH COUNCIL, and TIMOTHY ROUSSEL with prejudice, each party to pay their respective costs.

Signed in New Orleans, Louisiana, this _____ day of _____, 2021.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT